the statute* to make an effective vote; and it appearing that the statute was not complied with, as has been adjudicated in the proceeding to which the Commissioner was a party [See *Matter of Kline*, 185 App. Div. 945], are of opinion that the action of the Commissioner in refusing the certificate was unwarranted.

ALICE L. OISHEI, Respondent, v. ACHILLE J. OISHEI, Appellant.— Order reversed, without costs. Held, that the court is without power to modify the decree so as to now award the plaintiff alimony. (See *Livingston* v. *Livingston*, 173 N. Y. 377.) All concurred.

ELIZA KELLAR, as Administratrix, etc., Respondent, v. MINA DAVIS, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the evidence does not sustain the burden which was with plaintiff, of showing that the stormhouse fell because it was unsafe either in its construction or in the manner in which it was fastened to the building. Defendant's motion for a nonsuit should have been granted. All concurred.

GEORGE H. CLARK, as Administrator, etc., Appellant, v. ROBERT EARL, Respondent.— Judgment and order affirmed, with costs. All concurred.

BANK OF ANGELICA, Respondent, v. ELMER E. MILLER, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to waive all costs after notice of trial and to pay the defendant's costs and disbursements after notice of trial, including witnesses' fees, within ten days after the same have been taxed upon notice, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

BANK OF ANGELICA, Respondent, v. ELMER E. MILLER, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to waive all costs after notice of trial and to pay the defendant's costs and disbursements after notice of trial, including witnesses' fees, within ten days after the same have been taxed upon notice, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

WILLIAM H. COHN, Respondent, v. AUGUST F. KING, Defendant, and FRANK G. RAICHLE, Appellant, Composing the Copartnership of KING, RAICHLE & KING.— Order affirmed, with ten dollars costs and disbursements. All concurred.

ABEL R. MULDER, Respondent, v. UNITED STATES SLICING MACHINE COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CHARLES A. ELLIS and Others, Respondents, v. CLARENCE E. RICKETT, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

---

* See Consol. Laws, chap. 34 (Laws of 1909, chap. 39), § 13, as amd. by Laws of 1910, chap. 485. Since amd. by Laws of 1918, chap. 473.— [REP.